UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CALVIN ALSTON R01266-000
    PLAINTIFF   P.O. Box 630
                Winton, NC
                27986

V

FEDERAL BUREAU OF PRISONS
HOPE VILLAGE, COMMUNITY CORRECTIONS CENTER
    DEFENDANTS

CASE NUMBER  1:05CV01204

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/20/2005

## COMPLAINT

COMES NOW, CALVIN ALSTON, PRO SE, AND RESPECTFULLY FILES THIS CIVIL RIGHTS SUIT PURSUANT TO 42 U.S.C. 1983 AGAINST THE FEDERAL BUREAU OF PRISONS, 320 FIRST STREET, NW, WASHINGTON, DC 20534 AND HOPE VILLAGE, 2840 LANGSTON PLACE, SE, WASHINGTON, DC 20020, COMMUNITY CORRECTION CENTER, FOR VIOLATING THE PLAINTIFFS' 14TH AMENDMENT RIGHTS TO DUE PROCESS OF THE LAW FOR THE IMPROPER LABELING OF THE PLAINTIFF AS A SEX OFFENDER WITHOUT THE PLAINTIFF EVER BEING INDICTED OR CONVICTED OF A SEX OFFENSE AT ANYTIME IN HIS CRIMINAL HISTORY. PLEASE SEE NEAL V. SHIMODA 131 F. 3d. 818 9th cir 1997 [18] WHERE THE COURT STATES THAT THE RIGHT TO SOME KIND OF PRIOR HEARING IS PARAMOUNT UNDER DUE PROCESS PROTECTION. PLEASE ALSO SEE ANYAWATAKA V MOORE 151 F. 3d. AT PAGE 1056 [2] D.C. Cir 1998. PLAINTIFF ALSO STATES THAT THE HOPE VILLAGE COMMUNITY CORRECTION CENTER FURTHER VIOLATED HIS 14th AMENDMENT RIGHTS FOR DISCRIMINATION WHERE THEY REMOVED HIS CCC PLACEMENT BECAUSE THE PLAINTIFF CASE WAS HIGHLY PUBLICIZED IN THE WASHINGTON D.C. AREA. HOWEVER THE PLAINTIFFS' CO-DEFENDANT, HARRY BENNETT JR, FEDERAL REGISTER NO. 01267-000, WAS GIVEN CCC PLACEMENT IN 2002 AT THE SAME COMMUNITY CORRECTIONS CENTER THAT DENIED THE PLAINTIFF PLACEMENT. FURTHERMORE, MR. BENNETT HAD THE SAME OFFICIAL OFFENSE BEHAVIOR AND PUBLICITY AS THE PLAINTIFF. PLEASE SEE PLYER V. DOE 457 US 216, 102 S Ct. 2382, 2394 72 L Ed 786 WHERE THE COURT STATES THAT THE EQUAL PROTECTION CLAUSE COMMANDS THAT ALL PEOPLE SIMILARLY CIRCUMSTANCED

RECEIVED
MAY 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BE TREATED ALIKE. THE PLAINTIFF IS SEEKING MONETARY DAMAGES IN THE AMOUNT OF 1.3 MILLION DOLLARS FOR THE SAID VIOLATIONS BECAUSE THE PLAINTIFF HAS BEEN PREJUDICED BY THESE VIOLATIONS BY THE FEDERAL BUREAU OF PRISONS AND HOPE VILLAGE COMMUNITY CORRECTION CENTER. PLEASE SEE ATTACHMENTS.

WHEREFORE, THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL FIND IN THE FAVOR OF THE PLAINTIFF, AND WHEREBY THIS MOTION BE **GRANTED**.

DATED: May 25, 2005

RESPECTFULLY SUBMITTED

*/s/ Calvin Alston*
CALVIN ALSTON
Federal Register No: 01266-000

I, CALVIN ALSTON, PRO SE, CERTIFY THAT THE FOREGOING MOTION WAS MAILED FIRST-CLASS POSTAGE TO THE CLERK OF THE COURT FOR THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA AT 333 CONSTITUTION AVENUE NW WASHINGTON, DC 20001 ON THIS 15 DAY OF MAY, 2005.

DATED: MAY 25, 2005

_____
CALVIN ALSTON, PRO SE

I CERTIFY AND DEPOSE THAT THE FOREGOING MOTION IS TRUE AND CORRECT TO THE VERY BEST OF MY UNDERSTANDING, KNOWLEDGE, AND BELIEF.

DATED: MAY 25, 2005

_____
CALVIN ALSTON, PRO SE