BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                                   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Farmer Associate Warden | DATE: 12-22-04 |
|---|---|
| FROM: Calvin Alston | REGISTER NO.: 01266-000 |
| WORK ASSIGNMENT: ADM Hall B-Unit | UNIT: B-5 2UL |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Mr. Farmer you told me that SCOSA stated that if my P.S.I. indicates or mentions anything of a sex nature that I could have the "sex offender" label placed on me and I would not get a halfway house placement because of such nature in the offense behavior. Please clarify this to the best of your understanding.

(Do not write below this line)

DISPOSITION:

As stated earlier, if your offense or past criminal history indicate a crime of sexual nature, you maybe classified with a public safety factor. Inmates with this assignment are normally viewed carefully for CCC placement. The DC area normally utilizes one halfway house with a history of sex offense, therefore bedspace is limited and placement is difficult. Hopefully as classified...

Signature Staff Member    Date 12-22-04

FILED JUN 20 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

05-1204

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.055 dated Oct 86
and BP-S148.070 APR 94

INMATE REQUEST TO STAFF

RIVERS CORRECTIONAL INSTITUTION          WACKENHUT CORRECTIONS COORPORATION

| TO: (Name and Title of Staff Member) | DATE: 12-22-04 |
|---|---|
| Mr. Olandis Davis Case Manager B-Unit | |
| FROM: Calvin Alston | REGISTER NO.: #01266-000 |
| WORK ASSIGNMENT: ADM. Hallway B-Unit | UNIT: B-5  211L |

SUBJECT: (Briefly state you question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Mr. Davis you did inform me after talking to Mrs. Citvita Hall of the Bureau of Prisons that My halfway house placement and Date of March 22, 2005 was removed by Hope Village because a Mistake was made in placing me at there facility with a sex offense in my current offense and that there facility do not house these types of offenders.

(Do not write below this line)

DISPOSITION: (Hope Village)

Mr. Alston, your CCC placement was removed due to your (case, criminal) being broad publicity in the Washington D.C. area.

Signature Staff Member
O. Starr

Date
12/28/04

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. O. Davis Case Manager | DATE: 4-25-05 |
|---|---|
| FROM: Calvin Alston | REGISTER NO.: 01266-000 |
| WORK ASSIGNMENT: ADM. B-Unit Hallway | UNIT: B-Unit 211L  B-5 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting a copy of the Police notification letter I sign Concerning the sex offender and a copy of the Bureau of Prison reason I was denied halfway house placement at Hope Village.
Thank You

(Do not write below this line)

DISPOSITION: The copy of your Police Notification

you were denied placement to Hope Village due to your Broad Publicity case and Sex offender status.

Signature Staff Member                              Date 04/29/05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

```
 RIVBA   540*23 *           SENTENCE MONITORING        *   05-10-2004
 PAGE 001        *           COMPUTATION DATA          *   12:26:52
                             AS OF 05-10-2004

 REGNO..: 01266-000 NAME: ALSTON, CALVIN L


 FBI NO............: 24984DA8       DATE OF BIRTH: 05-26-1965
 ARS1..............: RIV/A-DES
 UNIT..............: B              QUARTERS.....: B05-211L
 DETAINERS.........: NO             NOTIFICATIONS: NO

 PRE-RELEASE PREPARATION DATE: 03-15-2005

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  09-15-2005 VIA MAND REL

 -------------------------CURRENT JUDGMENT/WARRANT NO: 020 -------------------


 COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
 DOCKET NUMBER....................: F 8374-84G
 JUDGE............................: UGAST
 DATE SENTENCED/PROBATION IMPOSED: 06-18-1986
 DATE WARRANT ISSUED..............: N/A
 DATE WARRANT EXECUTED............: N/A
 DATE COMMITTED...................: 10-14-1988
 HOW COMMITTED....................: DC SUPERIOR COURT COMT
 PROBATION IMPOSED................: NO
 SPECIAL PAROLE TERM..............:

              FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
 NON-COMMITTED.: $00.00         $00.00         $00.00        $100.00

 RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $00.00

 -------------------------CURRENT OBLIGATION NO: 010 -------------------


 OFFENSE CODE....:  621
 OFF/CHG: 22-2404 SECOND DEGREE MURDER

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    36 YEARS
 MINIMUM TERM....................:    12 YEARS
 DATE OF OFFENSE.................: 10-01-1984




 G0002       MORE PAGES TO FOLLOW . . .
```