UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALVIN ALSTON,                                :

    Plaintiff,                          :

v.                                            :          Case No. 05-1204 RCL

BUREAU OF PRISONS, et al.,                    :

    Defendants.                         :

_____

## ANSWER TO COMPLAINT

COMES NOW Defendant, Hope Village, Inc., through counsel, and in answer to the Complaint states as follows:

1. Defendant denies that plaintiff was ever referred to its facility for placement.

2. Defendant denies that it labeled plaintiff as a sex offender.

3. Defendant denies that it discriminated against plaintiff or removed his "CCC placement."

4. Defendant denies all remaining allegations of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff was never referred to Hope Village for placement.

### THIRD AFFIRMATIVE DEFENSE

To the extent plaintiff was improperly denied community correctional placement, such denial was made by persons and/or entities other than this defendant.

-2-

### FOURTH AFFIRMATIVE DEFENSE

Defendant did not violate plaintiff's constitutional rights in any respect.

### FIFTH AFFIRMATIVE DEFENSE

Defendant did not discriminate against plaintiff in any respect.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff did not suffer any injuries as a result of any act by this defendant.

### SEVENTH AFFIRMATIVE DEFENSE

Any injury/harm suffered by plaintiff is due to his own intentional or negligent actions.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is solely or contributorily liable for any injury/harm he allegedly sustained.

### NINTH AFFIRMATIVE DEFENSE

Defendant is not a state actor.

### TENTH AFFIRMATIVE DEFENSE

Defendant is not entitled to any damages because he has not been harmed.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred by the doctrines of estoppel and laches.

WHEREFORE, defendant Hope Village, Inc. respectfully prays that the Complaint against it be dismissed with prejudice and that plaintiff be ordered to pay its reasonable attorney's fees and costs incurred in defending this action.

-3-

                    Respectfully submitted,

                    ***HENRY & MADDOX, LLC***

By:   */s/ Jeanett P. Henry*
       Jeanett P. Henry, #411052
       8701 Georgia Avenue; Suite 403
       Silver Spring, MD 20910
       (301) 562-1340; (301) 562-1344 (fax)
       Attorney for Defendant Hope Village, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2005 a copy of the foregoing Answer was served by first-class mail, postage prepaid on:

Calvin Alston
R# 01266-000
P.O. Box 630
Winton, NC 27986

                                            */s/ Jeanett P. Henry*
                                            Jeanett P. Henry