Calvin Alston                                    Case No: 05-CV-1204
1175 3rd St. N.E.                                                RCL
Washington D.C. 2002

September 19, 2005

　　　This letter is notice to the Court that this plaintiff is home from prison and his new mailing address is above for future actions with this case.

cc

Clerk of the Court
United States District Court
for the District of Columbia
333 Constitution Ave N.W. Room # 1225
Washington D.C. 20001

Law Office for Defendant Hope Village
Henry A. Maddox, LLC
8701 Georgia Avenue, Suite # 403
Silver Spring, Maryland 20910

Respectfully Submitted
Calvin Alston

SEP 2 3 2005
RECEIVED