UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN ALSTON, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 05-1204 (RCL)<br>) (ECF) |
| FEDERAL BUREAU OF PRISONS, et al. | ) |
| Defendants. | ) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John Henault as counsel for the Federal Bureau of Prisons in the above-captioned case.

\_\_\_/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that the foregoing Praecipe was served upon *pro se* plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Calvin Alston
1175 Third Street, NE
Washington, DC 20002

on this 7th day of October, 2005.

_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney