# Attachment B



U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI: CPD
NUMBER: 5100.07
DATE: 9/3/99
SUBJECT: Security Designation and Custody Classification Manual

1. **PURPOSE AND SCOPE.** To transmit a Manual of policy and instructions for designating and redesignating inmates. Inmates will be designated/redesignated to institutions based on:

   - security criteria,
   - inmate program needs, and
   - other correctional administrative factors.

This Manual also provides instructions regarding inmate custody classifications.

2. **PROGRAM OBJECTIVES.** The expected results of this program are:

   a. Each Bureau institution will be assigned a security level based on established criteria.

   b. Inmates will be placed in facilities commensurate with their security and program needs through an objective system of classification.

   c. Inmates and staff will live and work in environments made safer by objective inmate classification guidelines applied with sound correctional judgment.

   d. The public will be protected from undue risk.

   e. Planning and development of new institutions will be enhanced by reliable data based on the security needs of the Bureau's inmate population.

PS 5100.07
9/3/99
Chapter 7, Page 2

| CODE | DESCRIPTION - PSF |
|---|---|
| F | **SEX OFFENDER**. A **male** or **female** inmate whose behavior in the current term of confinement or prior history includes one or more of the following elements shall be housed in at least a Low security level institution, unless the PSF has been waived. A conviction is not required for application of this PSF if the PSI, or other official documentation, clearly indicates the following behavior occurred in the current term of confinement or prior criminal history. If the case was dismissed or nolle prosequi, application of this PSF cannot be entered. However, in the case where an inmate was charged with an offense that included one of the following elements, but as a result of a plea bargain was not convicted, application of this PSF should be entered. |

**Example**: According to the PSI, the inmate was specifically described as being involved in a Sexual Assault but pled guilty to Simple Assault. Based on the documented behavior, application of this PSF should be entered.

(1) Engaging in sexual contact with another person without obtaining permission to do so (forcible rape, sexual assault or sexual battery);

(2) Possession, distribution or mailing of child pornography or related paraphernalia;

(3) Any sexual contact with a minor or other person physically or mentally incapable of granting consent (indecent liberties with a minor, statutory rape, sexual abuse of the mentally ill, rape by administering a drug or substance);

(4) Any sexual act or contact not identified above that is aggressive or abusive in nature (rape by instrument, encouraging use of a minor for prostitution purposes, incest). Examples may be documented by state or Bureau of Prisons' incident reports, clear NCIC entries, or other official documentation;

(5) Attempts are to be treated as if the sexual act or contact was completed; and/or,

(6) Any offense referenced in the Sex Offender Notification and Registration Program Statement.