# Attachment C

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SOCIAL SERVICES DIVISION - ADULT BRANCH

PRESENTENCE REPORT

PDID No.: 365-224
Docket No.: F-08374-84

Re: Calvin L. Alston                     Date Referred:    1-8-86

To: The Honorable Fred B. Ugast          Date Due:         2-21-86

From: Prob. Officer Edward O. Savwoir, Jr.   Sentencing Date: 2-25-86

**Defendant Information:**
True Name: Calvin Lee Alston             Address: 1175 3rd St., N.E.
                                                  Wash., D.C.  20002
                                         Tel. #: 547-5066

Aliases: None

Age/ Birthdate: 20 (5-26-65)  Sex: Male   Birthplace: Wash., D.C.

Time in D.C. Area: Life                  Citizenship: U.S.
                                         Alien No.: N/A

Marital Status: Single  Dependents: None Education: 9th Grade

Social Security No.: 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         Permit No.: None Reported

DCDC No.: 215-028                        FBI No.: 24 984 DA8

Offense, Code and Penalty: Murder II, 22-2403, 20 Yrs. up to Life

Plea: Guilty    Judgment: Guilty        Bond Status: Committed W/O Bond

Detainers or Pending Charges: See Criminal Record

Co-defendants:
See Page 2         (Dkt No.):            (Status):
                   (Dkt No.):            (Status):

AUSA: Jerry Goren                        Telephone: 272-8023

Defense Counsel: J.A. Chopivsky          Telephone: 543-5208

"In accordance with the U.S. Parole Commission and Reorganization Act, Public Law 94-233, dated March 15, 1976 this report is disclosable to inmates in federal institutions for purposes of parole consideration."

Disposition and Date:

**FOIA EXEMPT**

OFFICIAL VERSION:

On October 1, 1984 at approximately 6:00 p.m., the partially clad body of a black female, identified as forty-eight year old Catherine Fuller of 923 K Street, N.E., was found inside of a vacant garage located in an alley behind 802 9th Street, N.E. Dr. Michael Bray, Deputy Medical Examiner for the District of Columbia responded to the scene and pronounced Mrs. Fuller dead at 7:30 p.m. On Tuesday, October 2, 1984 an autopsy was performed at the Medical Examiner's Office by Dr. Michael Bray. The cause of death was determined to be blunt force trauma. The manner of death was ruled a homicide. At trial the evidence showed that a number of people, including all the defendants convicted at trial were present in the park near the corner of 8th & H Streets, N.E. At approximately 4:30 p.m. they engaged in a conversation in which they discussed robbing someone. Several of the defendants observed the decedent walking on the north side of H Street toward 8th Street. The defendants selected the decedent as their victim. At that point the defendant and a number of others left the park and crossed 8th Street toward the decedent. Several members of this group followed the decedent to the entrance of the 8th Street side of an alley which ran behind the 800 block of H Street, N.E. Other defendants ran to the 9th Street entrance to this alley. The victim was forced into the alley by several defendants who began to beat her. Other defendants coming from both the 8th & 9th Street sides of the alley joined in.

The decedent was carried further into the alley by members of this group, where she was beaten further. She was then dragged into a vacant garage, located near the middle of the alley. There, her change purse, containing at least $50 and some personal papers, her rings, her necklaces and her earings were removed. Her clothing was removed except for her sweater and bra, which were pulled up around her neck. She was held, spread eagle on the floor, while a pipe-like object was inserted into her rectum, piercing the rectum wall and causing internal injuries along an eleven inch wound track. The decedent also had four broken ribs, extensive damage to her liver and multiple bruises, lacerations and contusions to her face, head and torso, including large patterned lacerations to her back, probably a result of being dragged along the ground. After the pipe-like object was inserted into her rectum, the decedent's body was hidden in a corner of the garage. The defendants then fled the scene.

FOIA EXEMPT