UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CALVIN ALSTON,** </br></br>　　　　**Plaintiff** </br></br>　　v. </br></br> **FEDERAL BUREAU OF PRISONS, et al.** </br></br>　　　　**Defendants.** | ) </br> ) </br> ) </br> ) </br> ) **Civil Action No. 05-1204 (RCL)** </br> ) **(ECF)** </br> ) </br> ) </br> ) </br> ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion To Dismiss Plaintiff's Complaint, support thereof, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted, and

FURTHER ORDERED that this case is dismissed with prejudice.

This is a final and appealable order.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
555 4th Street, N.W
Washington, D.C. 20530

Calvin Alston
1175 Third Street, NE
Washington, DC 20002