UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN ALSTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No.  05-1204 (RCL) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | : |
| Defendants. | : |

## ORDER

The Federal Bureau of Prisons, by counsel, has filed a motion to dismiss the complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  Because the Court's ruling on this motion may dispose of this case as to these defendants, the Court advises plaintiff, who is proceeding *pro se* in this matter, of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court.  *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion.  If plaintiff fails to respond to the motion, the Court may grant the motion and dismiss the case. *Fox v. Strickland*, 837 F.2d at 509.  Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

Accordingly, it is hereby

ORDERED that plaintiff shall respond to the Federal Bureau of Prisons' motion to dismiss not later than **November 11, 2005**. If plaintiff fails to respond timely, the Court may treat the motion as conceded and summarily may dismiss the complaint.

SO ORDERED.

/s/
ROYCE C. LAMBERTH
United States District Judge

DATE: October 11, 2005