Civil No# 05:1204 RCL

The Clerk of The Court,

I Calvin Alston have changed addresses and my present address is 2810 Kirtland Avenue Forestville, Maryland 20747 and I'am asking the Court to extend my time to file my response to the Bureau of Prisons opposition to Plantiff Claim.

Respectfully Submitted

Calvin Alston

RECEIVED
NOV 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT