UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALVIN ALSTON  
    PLAINTIFF

VS

BUREAU OF PRISONS, et al.;  
    DEFENDANT'S

CIVIL ACTION NO. 05-1204 (RCL)

**RECEIVED**

DEC 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS
---

COMES NOW CALVIN ALSTON PLAINTIFF PRO'SE WITH RESPECT TO THE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIM. THE PLAINTIFF STAND ON THE FACTS THAT HIS RIGHTS UNDER DUE PROCEES WAS VIOLATED BECUSE THE BUREAU OF PRISONS DO NOT HAVE THE AUTHORITY THATS GIVEN TO A GRAND JURY TO RENDERED CHARGES OR ELEMENTS IN AN INDICTMENT WHERE THE PLAINTIFF WAS NEVER CHARGED WITH AN ELEMENT OF A SEX OFFENSE IN HIS INDICTMENT. THE PLAINTIFF CHARGES RENDERED BY A GRAND JURY IS AS FOLLOW FIRST DEGREE MURDER, FELONY MURDER, ARM ROBBERY, KIDNAPPING AND THE PLAINTIFF PELD GUILTY TO THE LESS INCLUDED OFFENSE OF SECOND DEGREE MURDER. PLEASE SEE NEAL V SHIMODA 13LF. 3d. 818 9th Cir 1997 [18] WHERE THE COURT STATES THAT THE RIGHT TO SOME KIND OF PRIOR HEARING IS (PARAMONT UNDER DUE PROCESS PROTECTION. PLAINTIFF STATES THAT THE BUREAU OF PRISONS MAY NOT FALL UNDER THE 14th AMENDMENT HOWEVER THEY DO COME UNDER THE 5TH AMENDMENT FOR DUE PROCESS OF LAW VIOLATIONS AND THE PLAINTIFF FUTHER STATES THAT IF HE WAS CHARGED WITH A

SEX OFFENSE THAT HE WOULD BE INTITLED TO THE SAME PRIVILAGES AS OTHER SEX OFFENDERS AS FAR AS CCC PLACEMENT IS CONCERN BECAUSE THE BUREAU OF PRISONS DO HAVE A CCC PLACEMENT CENTER FOR SEX OFFENDERS IN THE D.C. AREA ALSO THE PLAINTIFF'S CO-DEFENDANT WAS GIVEN CCC PLACEMENT AND HE HAS THE SAME OFFIAL OFFENSE BEHAVIOR ASD THE PLAINTIFF AND HIS NAME IS HARRY BENETT JR. #01267-000 AND HE WAS GIVEN PLACEMENT IN 2002 AND AGAIN IN 2005 SO THEREFORE HIS RIGHTS TO DUE PROCESS HAS BEEN VIOLATED BECAUSE THE PLAINTIFF WAS DENIED THESE SAMEPRIVILEGES AND DID NOTHING TO LOOSE THESE PRIVILGES PLEASE SEE PLYLER V. DOE 457 US 216, 102 S Ct. 2382, 2394 72 L Ed 786. WHERE THE COURT STATES THAT THE EQUAL PROTECTUON CLAUSE COMMANDS THAT ALL PERSONS SIMILARLY CIRCUMSTANCED BE TREATED ALIKE. FUTHER AND LASTLY THE PLAINTIFF ALSO STATES THAT HOPE VILLAGE COMUNITY CORRECTION CENTER ALSO VIOLATED THE PLAINTIFF'S DUE PROCESS RIGHTS WHEN THEY REMOVED PLAINTIFF'S CCC PLACEMENT FOR THE FALSE LABELING AS AN SEX OFFENDER BY THE BUREAU OF PRISONS THE PLAINTIFF POINTS TO ALL THE RECORDS OF THE BUREAU OF PRISONS DATING FROM OCTOBER 1,2005 TO OCTOBER 17,2005 CONCERNING THE PLAINTIFF'S REFERAL FOR CCC PLACEMENTALONG WITH THE RECORDS OF HOPE VILLAGE AND THE RIVERS CORRECTIONAL INSTITUTION FOR THE SAME REFERAL OF THE SAME DATES. THE PLAINTIFF ASK THAT THIS COURT SUPEANOEA ALL THE RECORDS AND STAFF AS NAMED MRS. CILVIA HALL BUREAU OF PRISONS, CCC OFFICE, MR. OLANDAS DAVIS, RICK SUBSAVAGE CASE MANAGER AND UNIT MANAGER FOR RIVERS CORRECTIONAL INSTITUTION WHO SUBMITTED AND RECIEVED THE REFERAL AND DATES FROM THE BUREAU OF PRISONS AND HOPE VILLAGE AND ANY OTHER STAFF FOMR THESE AGENCIES THAT HAD ANY DEALINGS WITH IS PLAINTIFF FOR REFERALS.

DATED DECEMEBER 15, 2005.               RESPECTFULLY SUBMITTED.

                                        _____
                                        CALVIN ALSTON PLAINTIFF