## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CALVIN ALSTON,                                  :

                    Plaintiff,                  :

            v.                                  :         Civil Action No.  05-1204 (RCL)

                                                :

FEDERAL BUREAU OF PRISONS, *et al.*,  :

                    Defendants.                 :

## DISMISSAL ORDER

Defendant Hope Village, by counsel, filed a motion to dismiss July 29, 2006. In its August 10, 2006 Order, the Court advised this *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. Specifically, the Court advised plaintiff that, if he failed to file an opposition or other response to the District of Columbia's motion to dismiss by August 31, 2006, the Court may grant the motion as conceded. Plaintiff neither has filed an opposition nor requested additional time to do so. Accordingly, the Court deems the motion conceded, and will dismiss this action without prejudice.

Accordingly, it is hereby

ORDERED that the Hope Village's motion to dismiss [#19] is GRANTED. This civil action is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_Royce C. Lamberth_
ROYCE C. LAMBERTH
United States District Judge

Date: 9/12/06